# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) C.A. No. _____ |
| SCIEGEN PHARMACEUTICALS, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee(s) Received Notice:   No earlier than June 24, 2024

Date of Expiration of Patents:

| U.S. Patent No. | Expiration |
|---|---|
| 8,685,934 | May 26, 2030 |
| 7,851,502 | August 19, 2028 |
| 8,221,786 | March 21, 2028 |
| 8,361,972 | March 21, 2028 |
| 8,716,251 | March 21, 2028 |
| 7,919,598 | December 16, 2029 |
| 8,501,698 | June 20, 2027 |

Thirty Month Stay Deadline:   No earlier than December 24, 2026

ME1 49363495v.1

DATED: August 8, 2024

*Of Counsel:*

Charles E. Lipsey
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1875 Explorer Street, Suite 800
Reston, VA 20190
(571) 203-2700
Charles.Lipsey@finnegan.com
oquinnr@finnegan.com

Matthew Hlinka
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000
Matthew.Hlinka@finnegan.com

John D. Livingstone
M. David Weingarten
Megan L. Meyers
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
271 17th Street, NW, Suite 1400
Atlanta, GA 30363
(404) 653-6400
John.Livingstone@finnegan.com
David.Weingarten@finnegan.com
Megan.Meyers@finnegan.com

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff AstraZeneca AB*