# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, ) ) Plaintiff, ) ) v. ) ) SCIEGEN PHARMACEUTICALS, INC., ) ) Defendant. ) | Case No. 24-923-RGA |

## STIPULATION AND [PROPOSED] ORDER TO STAY

WHEREAS, Plaintiff AstraZeneca AB ("AstraZeneca") has filed a Complaint (D.I. 1) against Defendant ScieGen Pharmaceuticals, Inc. ("ScieGen") alleging infringement of U.S. Patent Nos. 8,685,934; 7,851,502; 8221,786; 8,361,972; 8,716,251; 7,919,598; and 8,501,698 (collectively the "Patents-in-Suit") in respect of the Abbreviated New Drug Application ("ANDA") No. 219408 filed by ScieGen with the U.S. Food and Drug Administration for approval to market 5 mg and 10 mg dapagliflozin tablets;

WHEREAS, the date for ScieGen to answer, move or otherwise respond to the Complaint has been extended to February 12, 2025 (D.I. 14); and

WHEREAS, earlier-filed ANDA litigations asserting the Patents-in-Suit are pending before this Court that may assist in resolving the disputes in this matter;

THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that in the interest of avoiding unnecessary motion practice, and to conserve judicial resources, this case be stayed for a period of six (6) months, starting from the Court's entry of this Order. Upon expiration of the term of the stay, the parties shall submit a joint status report to the Court addressing the parties' positions concerning whether the stay should be lifted. Each party

otherwise reserves the right to request that the stay be lifted or modified due to changed circumstances.

Date:  October 25, 2024

| | |
|---|---|
| */s/ Alexandra M. Joyce*        | */s/ Patricia Smink Rogowski*   |
| Daniel M. Silver (#4758) | Patricia Smink Rogowski (#2632) |
| Alexandra M. Joyce (#6423) | Rogowski Law LLC |
| McCarter & English, LLP | 501 Silverside Road, Suite 11 |
| 405 King Street, 8th Floor | Silverside Carr Executive Center |
| Wilmington, DE  19801 | Wilmington, DE 19809 |
| Tel: (302) 984-6300 | Tel: (302) 893-0048 |
| dsilver@mccarter.com | pat@rogowskilaw.com |
| ajoyce@mccarter.com | |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Charles E. Lipsey | Robert Silver |
| Ryan P. O'Quinn | 765 N. 26th Street |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Philadelphia, PA  19130 |
| 1875 Explorer Street, Suite 800 | Tel:  (215) 498-1894 |
| Reston, VA  20190 | Bobsilver765@gmail.com |
| Tel: (571) 203-2700 | |
| Charles.lipsey@finnegan.com | *Attorneys for Defendant,* |
| oquinnr@finnegan.com | *ScieGen Pharmaceuticals, Inc.* |
| | |
| Matthew Hlinka | |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | |
| 901 New York Ave., N.W. | |
| Washington, DC  20001 | |
| Tel: (202) 408-4000 | |

John D. Livingstone
M. David Weingarten
Megan L. Meyers
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
271 17th Street, NW, Suite 1400
Atlanta, GA 30363
Tel: (404) 653-6400
John.livingstone@finnegan.com
David.weingarten@finnegan.com
Megan.meyers@finnegan.com

*Attorneys for Plaintiff,*
*AstraZeneca AB*

So Ordered this 29th day of October, 2024.

/s/ Richard G. Andrews
United States District Judge